# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: Shannel L. Brown ) BK- 14-14677 NLJ
)
)
Debtor(s).        )   Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
❏ The proposed plan is not feasible   ❏ Terms must increase   ❏ Per I & J _____
❏ Plan Payments are not current       ❏ Filing fee not paid in full   ❏ DSO information not provided
❏ Plan fails to pay general unsecured pursuant to means test _____
❏ Certificate of service ❏ not provided or ❏ time has not run
❏ 60 days pay vouchers not provided _____
❏ All debts not provided for _____
❏ Plan was not proposed in good faith   ❏ Paying for item(s) not necessary for reorganization
❏ Tax returns not provided   ❏ Plan fails to pay liquidation value _____
❏ Debtor(s) are above median income and plan not proposed for 60 months
❏ Oklahoma Tax Commission objects to confirmation   ❏ Unfiled returns for _____
❏ Internal Revenue Service objects to confirmation   ❏ Unfiled returns for _____
❏ Creditor in attendance objects to confirmation _____
❏ Written objection filed by _____
☒ Other need to Amd sch C to claim all available exemptions & for Mtg Co. poc.

❏ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: 12/18/14

cc: Original filed with Clerk
Debtor(s) Attorney

Respectfully submitted,

John Hardeman
Chapter 13 Trustee

************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on 1/13/11, at 9:30 a.m. in the Second Floor Courtroom, before the Honorable Niles L. Jackson. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**