UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma
**Case No.: 14–14677**
**Chapter: 13**

**FILED**
Dec. 18, 2014
Grant E. Price , Clerk
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address)*
   Shannel Latoyce Brown
   6313 Green Meadow Lane
   Oklahoma City, OK 73132

Social Security No.:
   xxx–xx–3468

Employer's Tax I.D. No.:

### NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

Chapter 13 Plan

FILED: 11/10/14

   Documents have been filed with the Court seeking to Confirm the Chapter 13 Plan. A confirmation hearing will be held pursuant to 11 U.S.C 1324 on **1/13/2015 at 9:30 AM  at 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK.**

   **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this case. (If you do not have an attorney, you may wish to consult one.)

   A proposed chapter 13 plan has been filed in the above captioned case and a copy has been mailed to you. The Court will consider confirmation of this plan during this scheduled hearing

   If you do not want the Court to confirm the Plan, or if you want the Court to consider your views on the plan, then you must file a written response to confirmation of the plan explaining your position. The response must be filed with the Court Clerk and served no later than twenty (20) days after the conclusion of the Section 341 meeting of creditors, or a later date as set by the Court on the following:

   Failure to properly file and serve a written objection or to raise the properly filed and served written objections during the confirmation hearing may result striking your response and in confirmation of the proposed plan without further notice to you.

Dated:  12/18/14

*Grant E. Price , Court Clerk*
*by: SNET Deputy Clerk*
*U.S. Bankruptcy Court*
*Western District of Oklahoma*
*215 Dean A. McGee Avenue*
*Oklahoma City, OK 73102*